ANDREW J. CHANCEY, *Plaintiff in Error,* v. THE STATE OF FLORIDA, *Defendant in Error.*

Where no errors are made to appear in a criminal cause, and the appellate court is of the opinion that the evidence supports the verdict, the judgment of conviction will be affirmed.

This case was decided by Division A.

Writ of Error to the Circuit Court for Lee county.

The facts in the case are stated in the opinion of the court.

*L. A. Hendry, Jno. W. Burton* (with whom was *F. C. Alderson* on the brief), for plaintiff in error.

*W. H. Ellis,* Attorney General, and *H. S. Phillips,* State Attorney for 6th Judicial Circuit of Florida for the state.

SHACKLEFORD, C. J.—Andrew J. Chancey, the plaintiff in error, was indicted for murder at the spring

term of the circuit court for Lee county, tried at the same term, convicted of manslaughter and sentenced to a term of five years in the state prison. He seeks reversal of the judgment and sentence here by writ of error.

Several errors are assigned, but all of them have been abandoned here except the single proposition as to the sufficiency of the evidence.

We have given the evidence our careful consideration and are of the opinion that it is amply sufficient to support the verdict. We find nothing which would warrant or justify us in setting the verdict aside, therefore the judgment must be affirmed, and it is so ordered, at the cost of the county of Lee. See Smith v. State, 49 Fla. 33, 38 South. Rep. 599, and Tatum v. State, 49 Fla. 67, 38 South. Rep. 601.

COCKRELL and WHITFIELD, JJ., concur.

TAYLOR, HOCKER and PARKHILL, JJ., concur in the opinion.